IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. BELL | : | CIVIL ACTION NO. 1:13-CV-1693 |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| VINCENT MOONEY | : | |
| Respondent | : | |

# O R D E R

Before the Court in the captioned action is a November 19, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) This action shall be transferred to the United States District Court for the Eastern District of Pennsylvania in accordance with 28 U.S.C. § 2241(d).

3) The Clerk of Court shall close the case.

S/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: December 13, 2013.